```
SARA RIEF, SBN: 227279
LAW OFFICES OF HANLON & RIEF
179 11^TH Street, 2^nd Floor
San Francisco, California 94103
(415) 864-5600

Attorneys for Defendant
FELIX CHAVEZ
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 12-MJ-70315 MAG-2 |
| Plaintiff, ) | **STIPULATION & [PROPOSED] ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS** |
| v. ) | |
| FELIX CHAVEZ, ) | |
| Defendant. ) | |

It is hereby Stipulated by both parties in the above-captioned matter that defendant herein, Felix Chavez be allowed to modify his pretrial release conditions as follows:

Mr. Chavez be allowed to travel within the Eastern District of California for purposes of visiting with his family. Mr. Chavez's family reside in the Eastern District and he would like permission to include travel within the Eastern District as part of his pretrial release conditions.

Ms. Kim, the Pretrial Services Officer assigned to this matter stated that she has no objection to the conditions being modified to allow Mr. Chavez's travel within the Eastern District.

///

///

///

*CHAVEZ: Stipulation & Proposed Order to Modify Pretrial Release Conditions*       1

All other conditions of pretrial release remain the same.

Dated: April 9, 2013   s/Sara Rief, CSBN: 227279
LAW OFFICES OF HANLON & RIEF
179 11th Street, 2nd Floor
San Francisco, CA 94103
415/864-5600
stuart@stuarthanlonlaw.com

Dated: April 9, 2013   s/Ben Tolkoff
Assistant United States Attorney
Office of The United States Attorney
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94103
415/436-7200

**ORDER**

By Stipulation of the parties,

**IT IS HEREBY ORDERED** that defendant Felix Chavez's pretrial release conditions be modified to allow him travel within the Eastern District as part of his pretrial release conditions.

All other conditions of pretrial release remain the same.

Dated: 4/11/13

MAGISTRATE JUDGE KANDIS A. WESTMORE
UNITED STATES DISTRICT COURT

*CHAVEZ: Stipulation & Proposed Order to Modify Pretrial Release Conditions*   2