MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

BENJAMIN TOLKOFF (CABN 288816)
Assistant United States Attorney
　　450 Golden Gate Ave., Box 36055
　　San Francisco, California 94102
　　Telephone: (415) 436-7200
　　Fax: (415) 436-7234
　　E-Mail: Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3-12-70315 NC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE AND EXCLUDE TIME UNDER S.T.A. AND F.R.CR.P. 5.1 |
| v. | |
| FELIX EFRAIN CHAVEZ, AND DOUGLAS GALVAN, | Date: July 19, 2013 to July 30, 2013 Time: 9:30 a.m. |
| Defendant. | |

　　　The parties are currently scheduled to appear before the Court on July 19, 2013 for status. As of July 17, 2013, the parties reached an agreement that would resolve this matter as to both defendants. However, because the agreement was reached only two days before the next scheduled appearance, the parties will not be prepared to enter pleas on July 19, 2013.

　　　The parties therefore request that this matter be continued for roughly one week, until July 30, 2013 for arraignment on an information before this Court. Depending on the practice of the District Court Judge assigned to this matter, the defendants will also be prepared to enter changes of plea on July 30, 2013. Courtesy copies of proposed plea agreements as to each defendant have therefore been provided to the Court.

STIP. & [PROP.] ORD. TO CONTINUE & EXCL. TIME
U.S. v. CHAVEZ & GALVAN; 3-12-70315 NC]

1     The parties hereby stipulate that the time between July 19, 2013 and July 30, 2013 is appropriately excluded from the running of the speedy trial clock under 18 U.S.C. 3161(h)(1)(G) as plea agreements have been submitted for the Court's consideration. The parties further stipulate that this time period shall be excluded from the applicable deadlines under F.R.Cr.P. 5.1 with each defendant's consent and for good cause.

SO STIPULATED.

DATED: July 18, 2013.

Respectfully submitted,
MELINDA HAAG
United States Attorney

/s/
_____
BENJAMIN TOLKOFF
Assistant United States Attorney

DATED: July 18, 2013.

/s/
_____
SARA REIF
Attorney for FELIX EFRAIN CHAVEZ

DATED: July 18, 2013.

/s/
_____
LAUREL HEADLEY
Attorney for DOUGLAS GALVAN

    For the reasons stated, for good cause shown and because the Court has taken proposed plea agreements under consideration, this matter is hereby continued until July 30, 2013 and all time between July 19, 2013 and July 30, 2013 is excluded from the running of the speedy trial clock and the applicable time limits of F.R.Cr.P. 5.1.

SO ORDERED.

DATED: July 18, 2013.

_[signature: Kandis Westmore]_
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge